# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0546

VERSUS

LOUIS BRADY                                           **AUGUST 03, 2020**

---

In Re:    Louis Brady, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-08-0074.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the motion to correct an illegal sentence filed in the district court, the district court's ruling on the motion, the bill of information, the habitual offender bill of information, the commitment order, all pertinent minute entries and/or transcripts, and any other portion of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before October 1, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                              **TMH**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
FOR THE COURT